UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.H., <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY, <br><br> Defendant. | Case No. C12-46-RSM-JPD <br><br> REPORT AND RECOMMENDATION |

The parties have filed a stipulation of dismissal because this 42 U.S.C. § 1983 case has been fully settled. (Dkt. 7.) The Court recommends considering this matter immediately and DISMISSING this matter with prejudice and without costs and attorney's fees to any party. A proposed order is attached.

DATED this 26th day of April, 2012.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 1