UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.H., | ) |
|           Plaintiff, | ) Case No. C12-46-RSM |
|    v. | ) |
| | ) ORDER OF DISMISSAL |
| KING COUNTY, | ) |
|           Defendant. | ) |

The Court, having reviewed the parties' stipulation of dismissal with prejudice and without costs and attorney's fees, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Because the parties have settled all issues, this matter is DISMISSED with prejudice and without costs and attorney's fees to any party; and

(3) The Clerk of Court is directed to send copies of this Order to Magistrate Judge James P. Donohue.

DATED this 26th day of April 2012.

                                                  RICARDO S. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL -1